RECEIVED
OCT 14 2005
Property of U.S. District Court
District of Rhode Island

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

AFFILIATED F.M. INSURANCE COMPANY,

Plaintiff,

– against –

EMPLOYERS REINSURANCE CORPORATION,

Defendant.

Civil Action No.: 02-419S

## DISMISSAL STIPULATION

By agreement of the parties, Plaintiff's Complaint is dismissed with prejudice; no interest, costs or fees to any party.

Attorneys for plaintiff Affiliated F.M. Insurance Company

Matthew T. Oliverio (#3372)
OLIVERIO & MARCACCIO LLP
55 Dorrance Street, Suite 400
Providence, Rhode Island 02903
Telephone: (401) 861-2900
Fax: (401) 861-2922

Counsel:

Gary S. Lee
Kathleen E. Schaaf
Rajiv N. Raval
Lovells
(Admitted Pro Hac Vice)
900 Third Avenue
New York, New York 10022
Telephone: (212) 909-0600
Fax: (212) 909-0666

Attorneys for defendant Employers Reinsurance Corporation

R. Kelly Sheridan (#1976)
Roberts, Carroll, Feldstein & Pierce
10 Weybossett Street
Providence, Rhode Island 02903
Telephone: (401) 521-7000
Fax: (401) 521-1328

Counsel:

Frank M. Nicoletti
Gary R. Greenman
Nicoletti, Gonson & Spinner LLP
(Admitted Pro Hac Vice)
546 Fifth Avenue, 20th Floor
New York, New York 10036
Telephone: (212) 730-7750
Fax: (212) 730-7850

ENTER

WILLIAM E. SMITH
U.S. DISTRICT JUDGE

DATE 10/17/05